JAMES A. YORO, SB #86768
ROY F. MALAHOWSKI, SB #069150
CHAIN │ COHN │ STILES
1731 CHESTER AVENUE
P.O. BOX 2386
Bakersfield, CA 93303
P: (661) 323-4000
F: (661) 325-9999

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DAVID KEITH MYERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN<br>Commissioner of Social Security,<br><br>  Defendant | ) **Case No.: 1:16-CV-00430-SMS**<br>)<br>) **STIPULATION AND**<br>) **ORDER FOR A FIRST EXTENSION FOR**<br>) **PLAINTIFF TO FILE CONFIDENTIAL**<br>) **LETTER BRIEF**<br>)<br>)<br>)<br>) |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have a first extension, or until October 14, 2016, in which to file the Confidential Letter Brief.

///

///

///

///

///

///

///

1   This is Plaintiff's first request for an extension of time in this matter. Plaintiff needs
2 additional time to further review the file and prepare response to this matter.

4 Dated: September 1, 2016         By: _/s/ *James A. Yoro*_
                                        JAMES A. YORO
5                                       Attorney for Plaintiff

7 Dated: September 1, 2016         _/s/ *Carolyn B. Chen*_
                                        Carolyn B. Chen
                                        Assistant Regional Counsel, Special
8                                       Assistant United States Attorney

**ORDER**

12 IT IS SO ORDERED.

13   Dated:  **September 9, 2016**          **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE