PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID KEITH MYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-00430-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 60 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 60 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is January 17, 2017. The new due date will be March 20, 2017.

    There is good cause for this request. Defendant is seeking this extension due to medical emergencies and workload issues. At around the time of the filing of Plaintiff's Motion for Summary Judgment, Defendant's counsel was recovering from a medical emergency that occurred Monday, October 24, 2016, that necessitated her being on leave and addressing her workload deadlines that were postponed due to her leave, as well as her regular workload, when

1  she returned to work.  In addition, on December 9, 2016, Defendant's counsel was rear-ended in
2  a car accident caused by another driver who did not properly stop at a traffic light.  Between then
3  and the current date, Defendant's counsel has taken about three weeks of leave to recover and
4  rest and for the holiday season, and returned to the office on January 9, 2017.

      Because of the factors described above, Defendant is requesting additional time up to and including March 20, 2017, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment, as Defendant's counsel recovers and addresses her workload upon her return.  This request is made in good faith with no intention to unduly delay the proceedings.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                   Respectfully submitted,

Date: January 12, 2017                     CHAIN | COHN | STILES

                                   *s/ James A. Yoro by C.Chen\**
                                   (As authorized by e-mail on 1/12/2017)
                                   JAMES A. YORO
                                   Attorneys for Plaintiff

Date: January 12, 2017                     PHILLIP A. TALBERT
                                   United States Attorney

                                   By *s/ Carolyn B. Chen*
                                   CAROLYN B. CHEN
                                   Special Assistant U. S. Attorney

                                   Attorneys for Defendant

///

///

///

///

///

**ORDER**

Pursuant to the above stipulation, Defendant's Opposition shall be filed no later than **March 20, 2017**. Any Reply shall be filed within fifteen (15) days of the filing of the Opposition.

IT IS SO ORDERED.

Dated:   **January 13, 2017**                              **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE