PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8956
     Facsimile: (415) 744-0134
     E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| DAVID KEITH MYERS,<br><br>     Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | ) Case No.: 1:16-cv-00430-GSA<br>)<br>)<br>) STIPULATION AND ORDER FOR AN<br>) EXTENSION OF TIME OF 30 DAYS FOR<br>) DEFENDANT'S RESPONSE TO<br>) PLAINTIFF'S MOTION FOR SUMMARY<br>) JUDGMENT<br>)<br>)<br>)<br>) |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's motion for summary judgment. This is the second continuance sought by Defendant. The current due date is March 20, 2017. The new due date will be April 19, 2017.

     There is good cause for this request. Since Defendant's previous request, Defendant's counsel has been diligent in addressing a backlog of cases and heavy workload due to her multiple-weeks long absences after two medical emergencies at the end of 2016. In the last week, she also experienced an unanticipated mild medical condition that affected her ability to work and required her to be on leave. Furthermore, Defendant's counsel was assigned an urgent

1  Equal Employment Opportunity Commission (EEOC) case with an upcoming April deadline that

2  could not be assigned to another attorney.  Despite her diligence and given counsel's heavy

3  workload in the next month, Defendant is requesting additional time up to and including April

4  19, 2017, to fully review the record and research the issues presented by Plaintiff's motion for

5  summary judgment.  This request is made in good faith with no intention to unduly delay the

6  proceedings.

7      The parties further stipulate that the Court's Scheduling Order shall be modified

8  accordingly.

9                                      Respectfully submitted,

10 Date: March 13, 2017                 CHAIN | COHN | STILES

11
                                       *s/ James A. Yoro by C.Chen\**
12                                     (As authorized by e-mail on 3/13/2017)
                                       JAMES A. YORO
13                                     Attorneys for Plaintiff

14
   Date: March 13, 2017               PHILLIP A. TALBERT
15                                     United States Attorney

16
                                       By *s/ Carolyn B. Chen*
17                                     CAROLYN B. CHEN
                                       Special Assistant U. S. Attorney
18
19                                     Attorneys for Defendant

20

21                                      ORDER

22      Pursuant to the parties' stipulation (Doc. 16), the Commissioner's Opposition shall be

23 filed no later than **April 19, 2017**.  Any Reply shall be filed within fifteen (15) days of the filing

24 of the Opposition.

25
26 IT IS SO ORDERED.

27   Dated:  __**March 15, 2017**__              __**/s/ Gary S. Austin**__
                                         UNITED STATES MAGISTRATE JUDGE
28

                                          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28