PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DAVID KEITH MYERS,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-00430-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 14 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER EQUAL ACCESS TO JUSTICE ACT (EAJA) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 14 days to respond to Plaintiff's motion for attorney's fees under EAJA. The current due date is November 25, 2017 (falling on a Saturday). The new due date will be December 11, 2017.

There is good cause for this request. The parties are willing to engage in and have begun settlement discussions, and more information is needed from Plaintiff. Plaintiff agrees to provide Defendant and the court a billing statement identifying the number of hours billed and the services rendered and other relevant exhibits if needed, such as those referred to in his motion for attorney's fees under EAJA (*see* Doc. Nos. 26, 27). Therefore, Defendant is

1

respectfully requesting additional time up to and including December 11, 2017, to fully review all relevant information pertaining to Plaintiff's motion for attorney's fees under EAJA. The parties further stipulate that Plaintiff will have an additional 15 days added to the time specified in the scheduling order, for Plaintiff's reply brief, if the parties do not come to a settlement agreement, in light of Plaintiff's counsel's travel during the holidays. This request is made in good faith with no intention to unduly delay the proceedings.

                                           Respectfully submitted,

Date: November 27, 2017           CHAIN COHN STILES

                                           *s/ James A. Yoro by C.Chen\**
                                           (As authorized by email on 11/27/2017)
                                           JAMES A. YORO
                                           Attorneys for Plaintiff

Date: November 27, 2017          PHILLIP A. TALBERT
                                           United States Attorney

                                           By *s/ Carolyn B. Chen*
                                           CAROLYN B. CHEN
                                           Special Assistant U. S. Attorney

                                           Attorneys for Defendant

///
///
///
///
///
///
///
///
///

# **ORDER**

Pursuant to the parties' stipulation (Doc. 28), Defendant shall file any opposition to Plaintiff's Motion for Attorney's Fees no later than **December 11, 2017**. Any optional reply shall be filed no later than **December 26, 2017**. Alternatively, any stipulation regarding a settlement for attorney's fees shall be filed no later than **December 11, 2017**.

IT IS SO ORDERED.

Dated: **November 27, 2017**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE